DISCIPLINARY COUNSEL *v*. MARSHALL.

[Cite as *Disciplinary Counsel v. Marshall*, ___ Ohio St.3d ___,

2021-Ohio-3605.]

(No. 2018-0809—Submitted October 6, 2021—Decided October 8, 2021.)

ON APPLICATION FOR REINSTATEMENT.

————————————

{¶ 1} This cause came on for further consideration upon the filing on January 28, 2021, of a petition for reinstatement by respondent, Michael J. Marshall, Attorney Registration No. 0065767. In accordance with Gov.Bar R. V(25)(E), respondent's petition for reinstatement was referred to the Board of Professional Conduct. The board filed its final report in this court on August 6, 2021, recommending that respondent be reinstated to the practice of law in Ohio. No objections to said final report were filed, and this cause was considered by the court.

{¶ 2} Upon consideration thereof, it is ordered by this court that the petition for reinstatement of respondent is granted and that respondent, Michael J. Marshall, last known address in Steubenville, Ohio, is reinstated to the practice of law in Ohio.

{¶ 3} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

{¶ 4} For previous case, see *Disciplinary Counsel v. Marshall*, 155 Ohio St.3d 208, 2018-Ohio-4174, 120 N.E.3d 772.

O'CONNOR, C.J., and KENNEDY, FISCHER, DEWINE, DONNELLY, STEWART, and BRUNNER, JJ., concur.

————————————